# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **CRIMINAL ACTION** |
| **v.** ) | |
| ) | **No. 03-20192-CM** |
| ) | |
| **DEMETRIUS HARGROVE,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## ORDER

This matter comes before the court on the Joint Pleading of the Parties, Submitted by Counsel for Demetrius Hargrove, Pertaining to Challenges for Cause to the Venire Based Upon Responses to Questionnaire (Doc. 213). The parties have submitted a list of 106 members of the venire whom they jointly suggest should be removed for cause, including two who did not complete questionnaires. The parties request that all members of the list be removed. Each side agrees to compromise objections, and to be bound by such compromises, if the court accepts all of the proposed challenges for cause.

The court has reviewed the list submitted by the parties, and finds that their challenges for cause should be sustained. The court strikes the 106 members of the venire listed in the parties' motion to strike for cause, for the reasons stated in the motion.

Dated this 29th day of August 2005, at Kansas City, Kansas.

                                                                                                 **s/ Carlos Murguia**
                                                                                                 **CARLOS MURGUIA**
                                                                                                 **United States District Judge**